UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHAUNCEY R. SIMPSON,            No. C 12-1024 EMC (pr)

       Plaintiff,

   v.                                             **ORDER**

R. GROUNDS, Warden, *et al.*,

       Defendants.

       This *pro se* civil action was filed on February 29, 2011, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff later filed an *in forma pauperis* application that was not signed and did not have attached to it a "certified copy of the trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint" as required by 28 U.S.C. § 1915(a)(2). Within **thirty days** of the date of this order, Plaintiff must file a completed *in forma pauperis* application that is signed and has the required certified copy of his inmate trust account statement attached to it. Failure to file the completed application or to pay the filing fee by the deadline will result in the dismissal of this action.

       IT IS SO ORDERED.

Dated: June 15, 2012

                                                      EDWARD M. CHEN
                                                      United States District Judge