1

2

3

4

5                                    UNITED STATES DISTRICT COURT

6                                   NORTHERN DISTRICT OF CALIFORNIA

7

8    CHAUNCEY R. SIMPSON,                                    No. C 12-1024 EMC (pr)

9              Plaintiff,

10        v.                                                 **ORDER**

11   R. GROUNDS, Warden, *et al.*,

12             Defendants.
     _____/

13

14        This *pro se* civil action was filed on February 29, 2011, at which time the Court notified

15   Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a

16   completed and signed court-approved *in forma pauperis* application.  Plaintiff later filed an *in forma*

17   *pauperis* application that was not signed and did not have attached to it a "certified copy of the trust

18   account statement (or institutional equivalent) for the 6-month period immediately preceding the

19   filing of the complaint" as required by 28 U.S.C. § 1915(a)(2).  Within **thirty days** of the date of this

20   order, Plaintiff must file a completed *in forma pauperis* application that is signed and has the

21   required certified copy of his inmate trust account statement attached to it.  Failure to file the

22   completed application or to pay the filing fee by the deadline will result in the dismissal of this

23   action.

24        IT IS SO ORDERED.

25   Dated:  June 15, 2012

26                                                    _____
                                                      EDWARD M. CHEN
27                                                    United States District Judge

28

**United States District Court**
For the Northern District of California