UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY R. SIMPSON, | No. C-12-1024 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| R. GROUNDS, Warden; *et al.*, | |
| Defendants. | |

This *pro se* civil action was filed on February 29, 2011, at which time the Court notified Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved *in forma pauperis* application. Plaintiff later filed an *in forma pauperis* application that was not signed and did not have attached to it a "certified copy of the trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint" as required by 28 U.S.C. § 1915(a)(2). In an order filed June 15, 2012, Plaintiff was ordered to "file a completed *in forma pauperis* application that is signed and has the required certified copy of his inmate trust account statement attached to it" within thirty days, and cautioned that failure to do so or to pay the filing fee by the deadline would result in the dismissal of this action.

///

///

///

///

///

1 Plaintiff has not filed the completed *in forma pauperis* application or paid the filing fee, and
2 the deadline by which to do so has passed. The *in forma pauperis* application is **DENIED** because it
3 is incomplete. (Docket # 3.) This action is dismissed for failure to file a completed *in forma*
4 *pauperis* application or pay the filing fee.

6 IT IS SO ORDERED.

8 Dated: August 1, 2012

10 _____
EDWARD M. CHEN
United States District Judge

2