**United States District Court**
For the Northern District of California

1
2
3
4
5                                    UNITED STATES DISTRICT COURT
6                                   NORTHERN DISTRICT OF CALIFORNIA
7
8    CHAUNCEY R. SIMPSON,                              No. C-12-1024 EMC (pr)
9                  Plaintiff,
10         v.                                          **ORDER OF DISMISSAL**
11   R. GROUNDS, Warden; *et al.*,
12                  Defendants.
13   _____/
14         This *pro se* civil action was filed on February 29, 2011, at which time the Court notified
15   Plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a
16   completed and signed court-approved *in forma pauperis* application.  Plaintiff later filed an *in forma*
17   *pauperis* application that was not signed and did not have attached to it a "certified copy of the trust
18   account statement (or institutional equivalent) for the 6-month period immediately preceding the
19   filing of the complaint" as required by 28 U.S.C. § 1915(a)(2).  In an order filed June 15, 2012,
20   Plaintiff was ordered to "file a completed *in forma pauperis* application that is signed and has the
21   required certified copy of his inmate trust account statement attached to it" within thirty days, and
22   cautioned that failure to do so or to pay the filing fee by the deadline would result in the dismissal of
23   this action.
24   ///
25   ///
26   ///
27   ///
28   ///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

Plaintiff has not filed the completed *in forma pauperis* application or paid the filing fee, and the deadline by which to do so has passed.  The *in forma pauperis* application is **DENIED** because it is incomplete.  (Docket # 3.)  This action is dismissed for failure to file a completed *in forma pauperis* application or pay the filing fee.

IT IS SO ORDERED.

Dated:  August 1, 2012

_____
EDWARD M. CHEN
United States District Judge