UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY REENE SIMPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>R. GROUNDS, et al.,<br><br>  Defendants. | Case No.  12-cv-01024-WHO (PR)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The Court sets the following briefing schedule.  On November 15, 2014, defendants shall file a motion for summary judgment, or notice regarding such motion.  **Defendants are to adhere to the notice provisions detailed in Section 4 of the order of service (Docket No. 15).**  Plaintiff Simpson's opposition, if any, shall be filed within forty-five days after defendants have filed their motion.  Defendants shall file a reply, if any, within fifteen days of the opposition being filed.  The motion shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the motion unless the Court so orders at a later date.

All communications by Simpson with the Court must be served on defendants, or defendants' counsel once counsel has been designated, by mailing a true copy of the document to defendants or defendants' counsel.

1  Discovery may be taken in accordance with the Federal Rules of Civil Procedure.
2  No further court order under Federal Rule of Civil Procedure 30(a)(2) or Local Rule 16-1
3  is required before the parties may conduct discovery.
4  It is Simpson's responsibility to prosecute this case.  He must keep the court
5  informed of any change of address and must comply with the Court's orders in a timely
6  fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute
7  pursuant to Federal Rule of Civil Procedure 41(b).
8  Extensions of time must be filed no later than the deadline sought to be extended
9  and must be accompanied by a showing of good cause.

**IT IS SO ORDERED.**

**Dated:**  August 13, 2014



WILLIAM H. ORRICK
United States District Judge