UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAUNCEY REENE SIMPSON,<br>      Plaintiff,<br>    v.<br>K. SATHER, et al.,<br>      Defendants. | Case No. 12-cv-01024-WHO (PR)<br><br>**ORDER EXTENDING TIME** |

Plaintiff Chauncey Simpson's motion to extend time to file an opposition to defendants' motion for summary judgment (Docket No. 49) is GRANTED. The opposition shall be filed on or before February 25, 2015.

The Clerk shall terminate Docket No. 49.

**IT IS SO ORDERED.**

**Dated:** January 22, 2015

                                              WILLIAM H. ORRICK
                                              United States District Judge